**Motion Granted and Order filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00750-CV
_____

**EQUITY INDUSTRIAL LIMITED PARTNERSHIP IV, Appellant**

**V.**

**BEN REYNOLDS III, BETH REYNOLDS-BUCCI, SOUTHERN WORLDWIDE WAREHOUSE, INC., SOUTHERN WORLDWIDE SOLUTIONS., EVERYTHING4WEBSITES, LLC, EMAIL TOUCHDOWN, LLC AND MPACT SOURCING, INC., Appellees**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-15186**

## ORDER

On December 23, 2014, appellees filed an agreed motion to modify the briefing schedule. The motion is granted. Accordingly, we order the following:

• Appellees Reynolds' combined response brief and cross appellants' brief shall be due January 23, 2015;

• Appellant Equity's combined reply brief and cross appellee's response brief shall be due February 23, 2015; and

• Cross Appellants Reynolds' reply brief shall be due March 16, 2015.


PER CURIAM